UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-05103-SVW-E | Date | October 31, 2023 |
|---|---|---|---|
| Title | Luz Zendejas v. Gary Rediger et al | | |

## JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Daniel Tamayo for Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING ACTION

    The Court, on October 13, 2023, issued an order to show cause why this action should not be dismissed for lack of prosecution.

    Plaintiff has failed to show good cause for lack of service, pursuant to FRCP 4(m). The Court dismisses the case without prejudice.

Initials of Preparer     DT